**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Teacher's Delight, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **D 6011-116-2** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**15619 S 94th Avenue**<br>**Orland Park, IL** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP CODE **60462** | ZIP CODE |

| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**2800 Grosbeak Lane**<br>**West Lafayette, IN** | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP CODE **47906** | ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|
| ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                                                                                                                    Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Teacher's Delight, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: <br> **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☑ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** _____ <br> Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____ <br>
      (Name of landlord that obtained judgment)

      _____ <br>
      (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)

| Voluntary Petition | Name of Debtor(s):   **Teacher's Delight, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  /s/ Charles Wm. Dobra, Esq.
_____
**Charles Wm. Dobra, Esq.**         Bar No. **00647039**

**Charles Wm. Dobra, Ltd.**
**675 E. Irving Park Road**
**Suite 100**
**Roselle, IL 60172**

Phone No. **(630) 893-2494**        Fax No. **(630) 893-2497**

04/16/2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Teacher's Delight, Inc.**

X  /s/ Sue Czepiel
_____
Signature of Authorized Individual

**Sue Czepiel**
_____
Printed Name of Authorized Individual

**Secretary**
_____
Title of Authorized Individual

**04/16/2010**
_____
Date

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Teacher's Delight, Inc.**                                      CASE NO

                                                                CHAPTER    **7**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is_____ **D 6011-116-2** _____.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3. The following financial data is the latest available information and refers to the debtor's condition on____ **12/31/2009** ____.

   a. Total Assets                    $12,121.25

   b. Total Liabilities               $203,346.34

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $0.00 | 0 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $6,841.81 | 6 |
| Contingent  unsecured debt | $0.00 | 0 |
| Disputed unsecured debt | $0.00 | 0 |
| Unliquidated unsecured debt | $196,504.53 | 67 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | 1 | |
| Number of shares of common stock | 100 | |

*Comments, if any*
*Business adversely affected by internet sellers of like goods.*

4. Brief description of debtor's business:
   *Teacher's Supply Store*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Teacher's Delight, Inc.**                                      CASE NO

                                                                          CHAPTER      **7**

**EXHIBIT "A" TO VOLUNTARY PETITION**

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

    *Sue Czepiel*

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, _____ **Sue Czepiel** _____ , the _____ **Secretary** _____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.


Date:  **04/16/2010** _____          Signature: **/s/ Sue Czepiel** _____
                                                            **Sue Czepiel**
                                                            **Secretary**

B6A (Official Form 6A) (12/07)

In re  **Teacher's Delight, Inc.**                                      Case No.  _____
                                                                                      (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | **Total:** | **$0.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Teacher's Delight, Inc.**                                          Case No. _____

                                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account (Chase Bank, P. O. Box 260180, Baton Rouge, LA 70826; account #: 616247185) | $400.00 |
| | | Savings account (Chase Bank, P. O. Box 260180, Baton Rougel LA 70826; account #: 001110610376057) | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit to landlord, The RIMCO Companies, LLC, 5 Revere Drive, Stuie 200, Northbrook, Il 60062.  It is believe that "RIMCO" is the successor in interest to OPP LLC (formerly Orland Properties Partnership). | $6,140.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Business policy (Through Westfield Insurance Co. issued by Bundy-McNear Insurance Agency, P. O. Box 446, Lafayette, IN 47902; policy #: 3094775) (Canceled on February 8, 2010) | $0.00 |
| | | Worker's Comp Policy through Westfield Insurance Co.; also issued by Bundy-McNear Agency; policy #: 5373066 | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Teacher's Delight, Inc.**
Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | (Canceled on February 8, 2010) | |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Dolton District 149, 292 Torrence Avenue, Calumet City, IL 60409 | $39.90 |
| | | Kindercare Learning Center, Orland Park, 15110 Windsor Drive, Orland Park, IL 60462 | $19.91 |
| | | New Lenox Community Park, 1 Manor Drive, New Lenox, IL 60451 | $28.45 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Teacher's Delight, Inc.**                                    Case No. _____

                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Palos Park School District 118, 8800 W 119th Street, Palos Park, IL 60464 | | $22.99 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Teacher's Delight, Inc.**                                      Case No. _____
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | 13 4 foot sections; 12 4 foot encaps; 12 3 foot encaps; 111 4 foot shelving; 12 3 foot shelves; 49 4 foot sections attached to the wall; 154 grey/cream bookshelves; 2 6 foot counters; 1 6 foot corner section; 12 baskets; 16 shopping carts; 3 bookshelves; 1 2 foot desk; 2 3 foot desks; 6 filing cabinets; 1 laminater; 4 wheeled chairs; 1 5 foot desk; 1 coputer terminal; 1 ladder; 1 refrigerator; 1 micorwave oven; 1 dry erase board; 3 grey inventory carts; 18 3 foot metal shelves; 18 4 foot shelf sections; 10 encaps; 80 4 foot shelves; 6 picnic tables; computer point of sale system; skid lift,electric; slat hooks for displays (approx. 500#). | $5,170.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Teacher's Delight, Inc.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____4_____ continuation sheets attached        **Total  >**    $11,821.25

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Teacher's Delight, Inc.**                                    Case No. _____
                                                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Teacher's Delight, Inc.**                                        Case No. _____
                                                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | $0.00 | $0.00 |
| | | | | Total (Use only on last page) > | | $0.00 | $0.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **Teacher's Delight, Inc.**                                    Case No. _____
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Teacher's Delight, Inc.**                                      Case No. _____
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxx8339 <br> **ADT Security Systems** <br> **P. O. Box 371967** <br> **Pittsburgh, PA 15250** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Service contract** <br> REMARKS: <br> **Outstanding fees for security system.** | | X | | $1,395.79 |
| ACCT #:  xx7555 <br> **American Map** <br> **36-36 33rd Street** <br> **Suite 401** <br> **Long Island, NY 11106** | | DATE INCURRED:  **2008** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | $353.03 |
| ACCT #:  xxxxxxxx xxxight <br> **Amscan** <br> **90 Grasslands Road** <br> **Elmsford, NY 10523** | | DATE INCURRED:  **2008** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | $46.36 |
| ACCT #:  1007 <br> **Armbruster Industries** <br> **P. O. Box 265** <br> **Sonora, KY 42776** | | DATE INCURRED:  **2008** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | $292.75 |
| ACCT #:  xxxxxxxxxx4370 <br> **AT & T** <br> **P. O. Box 5093** <br> **Carol Stream, IL 60197** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Telephone services** <br> REMARKS: | | X | | $774.96 |
| ACCT #:  xxxx0067 <br> **Atlas Pen & Pencil Corp** <br> **P. O. Box 553673** <br> **Detroit, MI 48255** | | DATE INCURRED:  **2008** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | $300.70 |

Subtotal >   $3,163.59

_____15_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Teacher's Delight, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-8523**<br>**Bank of America**<br>**P. O. Box 15026**<br>**Wilimington, DE 19850** | | DATE INCURRED:  **07-09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Card issued to Sue Czepiel and used to purchase inventory.** | | X | | $13,168.42 |
| ACCT #:<br>**Beistle**<br>**1 Beistle Plaza**<br>**Shippensburg, PA 17257** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $332.04 |
| ACCT #:<br>**Blue Orange Gams**<br>**1000 Illinois Street**<br>**San Francisco, CA 9410** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $625.53 |
| ACCT #:  **xxxx6002**<br>**Boy Scouts of America**<br>**1325 W Walnut Hill Lane**<br>**P. O. Box 152079**<br>**Irving, TX 75015-2079** | | DATE INCURRED:  **9/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $772.03 |
| ACCT #:  **1826**<br>**Carson Dellosa**<br>**7027 Albert Pick Road**<br>**Greensboro, NC 27409** | | DATE INCURRED:  **08-09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $22,077.62 |
| ACCT #:  **xxxx-xxxx-xxxx-4794**<br>**Chase Business Card**<br>**P. O. Box 260180**<br>**Baton Rouge, LA 70826-0180** | | DATE INCURRED:  **07-09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Purchase of inventory** | | X | | $15,922.30 |

Sheet no. ____1____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$52,897.94**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**                                    Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x9742**<br>**Clipper Magazine**<br>**3708 Hempland Road**<br>**P. O. Box 610**<br>**Mountville, PA 17554** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | **$953.00** |
| ACCT #:  **xE053**<br>**Creative Teaching Press, Inc.**<br>**15342 Graham Street**<br>**Huntington Beach, CA 92649** | | DATE INCURRED:  **08-09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | **$6,670.43** |
| ACCT #:  **xE053**<br>**Creative Teaching Press, Inc.**<br>**McKenzie Becker & Stevens, Inc.**<br>**P. O. Box 1967**<br>**Lakeville, CT 06039** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | **$0.00** |
| ACCT #:  **xxxxxx2042**<br>**Dex Yellow Pages**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | **$1,963.56** |
| **Representing:**<br>**Dex Yellow Pages** | | **Dex Yellow Pages**<br>**1001 Winstead Dr.**<br>**Cary, NC  27513** | | | | **Notice Only** |
| ACCT #:  **8829**<br>**Didax**<br>**395 Main Street**<br>**Rowley, MA 14969** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | **$814.54** |

Sheet no. ____**2**____ of ____**15**____ continuation sheets attached to                                    **Subtotal >**      **$10,401.53**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Teacher's Delight, Inc.**                              Case No. _____
                                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx8341**<br>**Dover Publications, Inc.**<br>**31 E 2nd Street**<br>**Mineala, NY 11501** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $311.56 |
| ACCT #:  **xxxxx1545**<br>**Dowling Magnets**<br>**888 Larch Avenue**<br>**Elmhurst, IL 60126** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $569.96 |
| ACCT #:  **xxxx1565**<br>**E-Z Grader**<br>**P. O. Box 23608**<br>**Chagrin Falls, OH 44023** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $96.65 |
| ACCT #:  **xxA027**<br>**Educational Products, Inc.**<br>**39401 Treasury Center**<br>**Chicago, IL 60694** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $302.76 |
| ACCT #:<br>**Educational Products, Inc.**<br>**Attn:  Collection Dept.**<br>**1342 N IH 35 East**<br>**Carrollton, TX 75006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxx2092**<br>**Edupress**<br>**Rubin & Levin**<br>**500 Marott Center**<br>**342 Massachusetts Avenue**<br>**Indianapolis, IN 46204** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $11,726.72 |

Sheet no. _____3_____ of _____15_____ continuation sheets attached to                       **Subtotal >**       **$13,007.65**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                **Total >**
                                         **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-2092**<br>**Edupress, Inc**<br>**P. O. Box 800**<br>**Fort Atkinson, WI 53538** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **x5772**<br>**Encore Group**<br>**111 Cloverleaf Drive**<br>**Winston-Salem, NC 27103** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $158.19 |
| ACCT #:  **xx3942**<br>**Environmental Recycling & Disposal**<br>**P. O. Box 675**<br>**Orland Park, IL 60462-0675** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $331.77 |
| ACCT #:  **899**<br>**Evan-Moor Corporation**<br>**Educational Publisher**<br>**18 Lower Ragsdale Drive**<br>**Monterey, CA 93940-5746** | | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,773.96 |
| ACCT #:  **xxxxxers D**<br>**Flipside Products, Inc.**<br>**7624 Reinhold Drive**<br>**Cincinnati, OH 45237** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $390.00 |
| ACCT #:  **xxxxxx2337**<br>**Folkmanis, Inc**<br>**1215 Park Avenue**<br>**Emeryville, CA 94608** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**4**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $3,653.92

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx2337**<br>**Folkmanis, Inc.**<br>**American Bureau of Collections**<br>**1100 Main Street**<br>**Buffalo, NY 14209-2356** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $122.17 |
| ACCT #:  **xxx1100**<br>**Frog Street Press**<br>**308 E Trunk Street**<br>**Crandall, TX 75114** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $408.90 |
| ACCT #:<br>**Frog Street Press, Inc.**<br>**Slater Tenaglia Fritz & Hunt, PC**<br>**P. O. Box 8500**<br>**Philadelphia, PA 19178-2431** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | X | | $0.00 |
| ACCT #:  **1717**<br>**Gallopade International**<br>**6000 Shakerag Hill, Ste 314**<br>**Peachtree City, GA 30269** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $519.35 |
| ACCT #:  **xx4283**<br>**Ganz**<br>**60 Industrial Way**<br>**Cheektowaga, NY 14227** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $329.78 |
| ACCT #:<br>**Ganz**<br>**Clovis & Roche, Inc.**<br>**P. O. Box 1164**<br>**Metairie, LA 70004** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**5**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$1,380.20**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Teacher's Delight, Inc.**                     Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **5742**<br>**Gary Grimm & Associates**<br>**P. O. Box 378**<br>**Carthage, IL 62321** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $247.81 |
| ACCT #:  **x9008**<br>**Girl Scouts of the USA**<br>**National Equipment Service**<br>**420 Fifth Avenue**<br>**New York, NY 10018-2798** | | DATE INCURRED:  08-09<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $5,192.46 |
| ACCT #:<br>**Girl Scouts of the USA**<br>**Stein & Rotman**<br>**105 W Madison Street**<br>**Chicago, IL 60602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxE110**<br>**HaPe International, Inc.**<br>**912 Ash Street, 2nd Floor**<br>**Sherwood Park, AB**<br>**TBA 2G1 Canada** | | DATE INCURRED:  08/09<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $547.54 |
| ACCT #:  **xx-xxxxxxxx-0001**<br>**Harcourt Achieve**<br>**10801 N Mopac Expressway, Bldg 3**<br>**Austin, TX 78759** | | DATE INCURRED:  08-09<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $359.74 |
| ACCT #:  **xxxxxxxx xxxight**<br>**Harding House Publishers**<br>**3426 W Palmetto Street**<br>**Florence, SC 29501** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $17.41 |

Sheet no. ____**6**____ of ____**15**____ continuation sheets attached to          **Subtotal >**          **$6,364.96**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    **Total >**
                          (Use only on last page of the completed Schedule F.)
                          (Report also on Summary of Schedules and, if applicable, on the
                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx0169**<br>**Hayes School Publishing Co., Inc.**<br>**321 Pennwood Avenue**<br>**Pittsburg, PA 15221** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $242.57 |
| ACCT #:  **xxxxxxxx xxxight**<br>**Heart & Sew, Hall Passes**<br>**6002 Brogen Way**<br>**El Dorado Hills, CA 95762** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $432.00 |
| ACCT #:<br>**Houghton Mifflin Harcourt**<br>**Allen Maxwell & Silver, Inc**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xx0651**<br>**Hougton Mifflin, Harcourt**<br>**14046 Collections Center Drive**<br>**Chicago, IL 60693** | | DATE INCURRED:  **07-09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $1,680.83 |
| ACCT #:  **1296**<br>**Infinitoy, Inc**<br>**840 Burlway Road**<br>**Burlingame, CA 94010** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $829.00 |
| ACCT #:  **xxxxxxxx xxxight**<br>**Instructional Images**<br>**P. O. Box 4030**<br>**Menlo Park, CA 94026** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $474.30 |

Sheet no. ___7___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$3,658.70**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**                                      Case No. _____
                                                                                         (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-0656**<br>**J C Penney**<br>**GE Money Bank**<br>**Attn: Bankruptcy Department**<br>**P. O. Box 103104**<br>**Roswell, GA 30076** | | DATE INCURRED:  **08/09**<br>CONSIDERATION:<br>**Store account**<br>REMARKS:<br>**Card issued in name of Jennifer M. Czepiel and used for purchase of inventory.** | | X | | $3,786.02 |
| ACCT #:  **x0831**<br>**JAX, Ltd**<br>**141 Cheshire Lane**<br>**Minneapolis, MN 55441** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $457.56 |
| ACCT #:  **xxxxxxx xxxight**<br>**Kumon, USA**<br>**Glenpointe Center E, 5th Floor**<br>**Teaneck, NJ 07666** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $294.80 |
| ACCT #:  **x0399**<br>**Learning Resources, Inc.**<br>**380 N Fairway Drive**<br>**Vernon Hills, IL 60061** | | DATE INCURRED:  **08-09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $4,212.35 |
| ACCT #:  **xxxx-x0911**<br>**Leisure Learning Products, Inc.**<br>**87 Taylor Reed Place**<br>**P. O. Box 2697**<br>**Stamford, CT 06906** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $495.41 |
| ACCT #:<br>**Leisure Learning Products, Inc.**<br>**JMS Associates, Inc.**<br>**1489 W Palmetto Park Road, Ste 480**<br>**Boca Raton, FL 33486** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. _____**8**_____ of _____**15**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $9,246.14

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**                                    Case No. _____
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Mailbox Book Company**<br>**P. O. Box 9753**<br>**Greensboro, NC 27429** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,587.30 |
| ACCT #:<br>**Mailbox Book Company**<br>**Hoffman, Luhman & Masson, PC**<br>**200 Ferry Street, Ste C**<br>**Layafette, IN 47902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Mailbox Book Company**<br>**Abrams Davis & Keller, Inc.**<br>**1201 Sussex Turnpike, Ste 102**<br>**Randolph, NJ 07849** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-9641**<br>**Marriott Rewards Visa/Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Card issued to Sue Czepiel and used to purchase inventory** | | X | | $11,346.07 |
| ACCT #:  **xxxx-xxxx-xxxx-8404**<br>**Marriotts Rewards Visa-Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | | DATE INCURRED:  **07-09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Card issued to Jennifer Czepiel and used for inventory purchases.** | | X | | $16,918.63 |
| ACCT #:  **947**<br>**Melissa & Doug**<br>**P. O. Box 590**<br>**Westport, CT 06881** | | DATE INCURRED:  **08-09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $13,267.86 |

Sheet no. ____9____ of ____15____ continuation sheets attached to                          **Subtotal >**  |  **$44,119.86**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**                                    Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **947**<br>**Melissa & Doug**<br>**Hoffman, Luhman & Masson, PC**<br>**200 Ferry Street, Ste C**<br>**Layfayette, IN 47902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xx9351**<br>**MindWare Wholesale**<br>**2100 County Road C West**<br>**Roseville, MN 55113** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $314.50 |
| ACCT #:  **xxxxxxxx xxxight**<br>**Mixed Role Productions**<br>**P. O. Box 7517**<br>**Eugene, OR 97401** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $750.00 |
| ACCT #:  **xxxx3581**<br>**Musgrave Pencil Company, Inc.**<br>**P. O. Box 290**<br>**Shelbyville, TN 37162** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $732.48 |
| ACCT #:<br>**North Star Teacher Resources**<br>**455 Grand Avenue, NE**<br>**Grand Rapids, MI 49503** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $3,362.68 |
| ACCT #:<br>**North Star Teacher Resources**<br>**Voss Michaels Lee & Associates**<br>**P. O. Box 1829**<br>**Holland, MI 49422** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**10**____ of ____**15**____ continuation sheets attached to      **Subtotal >**      **$5,159.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Teacher's Delight, Inc.**                          Case No. _____
                                                                          (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**OPP, LLC**<br>**c/o Waner Enterprises, Inc.**<br>**10150 S Virginia Avenue, Unit J**<br>**Chicago Ridge, IL 604151380** | | DATE INCURRED: **1998**<br>CONSIDERATION:<br>**Landlord**<br>REMARKS:<br>**Original landlord on original lease.  Present landlord is The RIMCO Companies, LLC.** | | X | | **Unknown** |
| ACCT #:  **xxxxxxxx xxxight**<br>**Pacific Writing Instruments**<br>**13125 Denielson Street, Ste 107**<br>**Poway, CA 92064** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$179.07** |
| ACCT #:<br>**Paycon Paper Corp.**<br>**2525 N. Casaloma Drive**<br>**Appelton, WI  54913-8865** | | DATE INCURRED: **'09-'09**<br>CONSIDERATION:<br>**Vendor/supplier**<br>REMARKS: | | X | X | **$2,225.10** |
| ACCT #:  **xxxxxxxx xxxight**<br>**Preschool Prep**<br>**P. O. Box 1159**<br>**Danville, CA 94526** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$123.74** |
| ACCT #:<br>**Rock 'n Learn, Inc**<br>**P. O. Box 3595**<br>**Conroe, TX 77305** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$156.89** |
| ACCT #:  **xxx3227**<br>**Sage**<br>**2455 Teller Road**<br>**Thousand Oaks, CA 91320** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$132.74** |

Sheet no. ____**11**____ of _____**15**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$2,817.54**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**                                    Case No. _____
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sandylion**<br>**400 Cochrane Drive**<br>**Markham, ON Canada L3R8E3** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $831.98 |
| ACCT #: **2410**<br>**School Zone**<br>**P. O. Box 777**<br>**Grand Haven, MI 49417** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $567.99 |
| ACCT #:<br>**School Zone Pub.**<br>**Voss Michaels Lee & Associates**<br>**P. O. Box 1829**<br>**Holland, MI 49422** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #: **1640**<br>**Shapes, Etc.**<br>**P. O. Box 400**<br>**Dansville, NY 14437** | | DATE INCURRED: **2008-2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $576.84 |
| ACCT #: **2025**<br>**Smethport Specialty Company**<br>**1400 E Inman Parkway**<br>**Beloit, WI** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $506.02 |
| ACCT #: **xxxxxxxx xxxight**<br>**Stages**<br>**P. O. Box 27**<br>**Chico, CA 95927** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $162.56 |

Sheet no. _____**12**_____ of _____**15**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$2,645.39**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Teacher's Delight, Inc.**                                      Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **6140**<br>**Teacher Created Resources**<br>**6421 Industry Way**<br>**Westminster, CA 92683-3696** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $1,718.67 |
| ACCT #:  **xxxxxxxx xxxight**<br>**The Pencil Grip, Inc.**<br>**P. O. Box 67096**<br>**Los Angeles, CA 90067** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $229.00 |
| ACCT #:<br>**The RIMCO Companies, LLC**<br>**5 Revere Drive, Ste 200**<br>**Northbrook, IL 60062** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Store Lease** | | | X | $89,998.86 |
| ACCT #:  **xxxxxxxx xxxight**<br>**Time Timer LLC**<br>**7707 Camargo Road**<br>**Cincinnati, OH 45243** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $66.00 |
| ACCT #:  **xxxxxxxx xxxight**<br>**TLC-Teaching and Learning**<br>**P. O. Box 10**<br>**Carthage, IL 62321** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $290.70 |
| ACCT #:  **xxxxxxxx xxxight**<br>**Top Notch Teacher Products, Inc.**<br>**P. O. Box 979**<br>**Ingram, TX 78025** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | $2,500.00 |

Sheet no. _____**13**_____ of _____**15**_____ continuation sheets attached to                                    **Subtotal >**    | **$94,803.23** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**                                      Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **3333**<br>**Trend Enterprises, Inc.**<br>**CM-9666**<br>**P. O. Box 70870**<br>**St. Paul, MN 55170-9666** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$6,093.72** |
| ACCT #:  **xxxxxxxx xxxight**<br>**Uberstix**<br>**4121 Black Oak Drive, #E**<br>**Hailey ID** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$473.50** |
| ACCT #:  **xxxx-xxxx-xxxx-2487**<br>**USAA Savings Bank Visa**<br>**P. O. Box 14050**<br>**Las Vegas, NV 89114-4050** | | DATE INCURRED:  **07-09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Card issued to Jennifer M. Czepiel and used to purchase inventory.** | | X | | **$12,578.50** |
| ACCT #:  **xxxx-xxxx-xxxx-8443**<br>**USAA Savings Bank Visa**<br>**P. O. Box 14050**<br>**Las Vegas, NV 89114** | | DATE INCURRED:  **07-09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Card issued Sue Czepiel and used to purchase inventory.** | | X | | **$11,920.94** |
| ACCT #:  **xxxx-xxxx-xxxx-7048**<br>**Washington Mutual**<br>**Attn: Card Services**<br>**P. O. Box 660487**<br>**Dallas, TX 75266-0487** | | DATE INCURRED:  **08-09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Card issued to Jennifer Czepiel and used to purchase inventory.** | | X | | **$3,497.04** |
| ACCT #:  **xxx0579**<br>**Weekly Reader Publishing**<br>**3001 Cindel Drive**<br>**Delran, NJ 08075** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$615.35** |

Sheet no. ____**14**____ of ____**15**____  continuation sheets attached to                                    Subtotal >      **$35,179.05**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                    (Use only on last page of the completed Schedule F.)
                            (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Teacher's Delight, Inc.**                                   Case No. _____

                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx xxxight**<br>**Weibe, Carlson & Associates**<br>**2450 N Clovis Avenue, Ste A**<br>**Fresno, CA 93727** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | **X** | | $273.34 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____15____ of ____15____ continuation sheets attached to                      **Subtotal >** | $273.34
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >** | $288,772.70
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Teacher's Delight, Inc.**                                    Case No. _____
                                                                                                 (if known)


# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).


☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **ADT Security Systems**<br>P. O. Box 371967<br>Pittsburgh, PA 15250<br><br>877-238-2455 | Service contract<br>Contract to be REJECTED |
| **The RIMCO Companies, LLC**<br>5 Revere Drive, Ste 200<br>Northbrook, IL 60062 | Store Lease.  RIMCO is the successor in interest to OPP LLC and Orland Properties Partnership.<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **Teacher's Delight, Inc.**                                          Case No. _____
                                                                                        (if known)


# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Teacher's Delight, Inc.**                                    Case No.

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $11,821.25 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $288,772.70 | |
| G - Exectutory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 26 | $11,821.25 | $288,772.70 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Teacher's Delight, Inc.**                                   Case No. _____
                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Secretary** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **28** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **04/16/2010** _____      Signature  **/s/ Sue Czepiel** _____

                                                                    **Sue Czepiel**
                                                                    **Secretary**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Teacher's Delight, Inc.**                                    Case No. _____

                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☑

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| OPP, LLC<br>c/o Waner Enterprises, Inc.<br>10150 S Virginia Avenue, Unit J<br>Chicago Ridge, IL 604151380 | Monthly<br>(Last 90 days) | | |

---

None
☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| OPP, LLC<br>c/o Waner Enterprises, Inc.<br>10150 S Virginia Avenue, Unit J<br>Chicago Ridge, IL 604151380 | Monthly<br>(Last 90 days) | | |

---

None
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Teacher's Delight, Inc.**                                    Case No. _____

                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None  ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None  ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None  ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None  ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None  ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Charles Wm. Dobra, Esq.**<br>**675 E Irving Park Road**<br>**Suite 100**<br>**Roselle, IL 60172** | **01/11/2010** | **$900.00** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Teacher's Delight, Inc.**                                    Case No. _____

                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 10. Other transfers

None


a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None
☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Teacher's Delight, Inc.**                                           Case No. _____

                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None
☑   a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Teacher's Delight, Inc.**                                          Case No. _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jeffrey B. Brown, CPA** | **Prepares federal and state tax returns** |
| **Reid & Company, PC** | |
| **P. O. Box 672** | |
| **Layfayette, IN 47902** | |

---

None ☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/31/08 | **Supervised by Jennifer M. Czepiel** | $85,329.38 |
| 12/31/09 | **Supervised by Jennifer M. Czepiel** | $62,541.81 |

---

None ☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☐

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **C. Sue Czepiel, Secretary** | | |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re: **Teacher's Delight, Inc.**  Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**NAME, ADDRESS AND TITLE**                  **DATE OF TERMINATION**
**Spouse of Sue Czepiel, Deceased, was
President of corporation.**

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None
☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

### 25. Pension Funds

None
☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __04/16/2010_____      Signature  _*/s/ Sue Czepiel*_____
                                                          *Sue Czepiel*
                                                          *Secretary*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Teacher's Delight, Inc.**                                    CASE NO

                                                                       CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>None | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>ADT Security Systems<br>P. O. Box 371967<br>Pittsburgh, PA 15250<br>877-238-2455 | **Describe Leased Property:**<br>Service contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☑ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>The RIMCO Companies, LLC<br>5 Revere Drive, Ste 200<br>Northbrook, IL 60062 | **Describe Leased Property:**<br>Store Lease.  RIMCO is the successor in interest to OPP LLC and Orland Properties Partnership. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☑ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Teacher's Delight, Inc.**                                    CASE NO

                                                                        CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **04/16/2010**                                    Signature   **/s/ Sue Czepiel**
                                                                        *Sue Czepiel*
                                                                        *Secretary*

Date                                                     Signature

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **Teacher's Delight, Inc.**

CASE NO

CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$1,500.00** |
| Prior to the filing of this statement I have received: | **$1,500.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **04/16/2010** | **/s/ Charles Wm. Dobra, Esq.** |
| *Date* | *Charles Wm. Dobra, Esq.*    Bar No.  00647039 |
| | Charles Wm. Dobra, Ltd. |
| | 675 E. Irving Park Road |
| | Suite 100 |
| | Roselle, IL 60172 |
| | Phone: (630) 893-2494 / Fax: (630) 893-2497 |

---

 **/s/ Sue Czepiel**

*Sue Czepiel*
*Secretary*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Teacher's Delight, Inc.**                                    CASE NO

                                                                        CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  04/16/2010                          Signature   /s/ Sue Czepiel
                                                       *Sue Czepiel*
                                                       *Secretary*

Date _____          Signature _____

ADT Security Systems
P. O. Box 371967
Pittsburgh, PA 15250

Blue Orange Gams
1000 Illinois Street
San Francisco, CA 9410

Didax
395 Main Street
Rowley, MA 14969

ADT Security Systems
P. O. Box 371967
Pittsburgh, PA 15250
877-238-2455

Boy Scouts of America
1325 W Walnut Hill Lane
P. O. Box 152079
Irving, TX 75015-2079

Dover Publications, Inc.
31 E 2nd Street
Mineala, NY 11501

American Map
36-36 33rd Street
Suite 401
Long Island, NY 11106

Carson Dellosa
7027 Albert Pick Road
Greensboro, NC 27409

Dowling Magnets
888 Larch Avenue
Elmhurst, IL 60126

Amscan
90 Grasslands Road
Elmsford, NY 10523

Chase Business Card
P. O. Box 260180
Baton Rouge, LA 70826-0180

E-Z Grader
P. O. Box 23608
Chagrin Falls, OH 44023

Armbruster Industries
P. O. Box 265
Sonora, KY 42776

Clipper Magazine
3708 Hempland Road
P. O. Box 610
Mountville, PA 17554

Educational Products, Inc.
39401 Treasury Center
Chicago, IL 60694

AT & T
P. O. Box 5093
Carol Stream, IL 60197

Creative Teaching Press, Inc.
15342 Graham Street
Huntington Beach, CA 92649

Educational Products, Inc.
Attn:  Collection Dept.
1342 N IH 35 East
Carrollton, TX 75006

Atlas Pen & Pencil Corp
P. O. Box 553673
Detroit, MI 48255

Creative Teaching Press, Inc.
McKenzie Becker & Stevens, Inc.
P. O. Box 1967
Lakeville, CT 06039

Edupress
Rubin & Levin
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204

Bank of America
P. O. Box 15026
Wilimington, DE 19850

Dex Yellow Pages
8519 Innovation Way
Chicago, IL 60682-0085

Edupress, Inc
P. O. Box 800
Fort Atkinson, WI 53538

Beistle
1 Beistle Plaza
Shippensburg, PA 17257

Dex Yellow Pages
1001 Winstead Dr.
Cary, NC  27513

Encore Group
111 Cloverleaf Drive
Winston-Salem, NC 27103

Environmental Recycling & Dispo
P. O. Box 675
Orland Park, IL 60462-0675

Ganz
Clovis & Roche, Inc.
P. O. Box 1164
Metairie, LA 70004

Houghton Mifflin Harcourt
Allen Maxwell & Silver, Inc
190 Sylvan Avenue
Englewood Cliffs, NJ 07632

Evan-Moor Corporation
Educational Publisher
18 Lower Ragsdale Drive
Monterey, CA 93940-5746

Gary Grimm & Associates
P. O. Box 378
Carthage, IL 62321

Hougton Mifflin, Harcourt
14046 Collections Center Drive
Chicago, IL 60693

Flipside Products, Inc.
7624 Reinhold Drive
Cincinnati, OH 45237

Girl Scouts of the USA
National Equipment Service
420 Fifth Avenue
New York, NY 10018-2798

Infinitoy, Inc
840 Burlway Road
Burlingame, CA 94010

Folkmanis, Inc
1215 Park Avenue
Emeryville, CA 94608

Girl Scouts of the USA
Stein & Rotman
105 W Madison Street
Chicago, IL 60602

Instructional Images
P. O. Box 4030
Menlo Park, CA 94026

Folkmanis, Inc.
American Bureau of Collections
1100 Main Street
Buffalo, NY 14209-2356

HaPe International, Inc.
912 Ash Street, 2nd Floor
Sherwood Park, AB
TBA 2G1 Canada

J C Penney
GE Money Bank
Attn: Bankruptcy Department
P. O. Box 103104
Roswell, GA 30076

Frog Street Press
308 E Trunk Street
Crandall, TX 75114

Harcourt Achieve
10801 N Mopac Expressway, Bldg
Austin, TX 78759

JAX, Ltd
141 Cheshire Lane
Minneapolis, MN 55441

Frog Street Press, Inc.
Slater Tenaglia Fritz & Hunt, P
P. O. Box 8500
Philadelphia, PA 19178-2431

Harding House Publishers
3426 W Palmetto Street
Florence, SC 29501

Kumon, USA
Glenpointe Center E, 5th Floor
Teaneck, NJ 07666

Gallopade International
6000 Shakerag Hill, Ste 314
Peachtree City, GA 30269

Hayes School Publishing Co., In
321 Pennwood Avenue
Pittsburg, PA 15221

Learning Resources, Inc.
380 N Fairway Drive
Vernon Hills, IL 60061

Ganz
60 Industrial Way
Cheektowaga, NY 14227

Heart & Sew, Hall Passes
6002 Brogen Way
El Dorado Hills, CA 95762

Leisure Learning Products, Inc.
87 Taylor Reed Place
P. O. Box 2697
Stamford, CT 06906

Leisure Learning Products, Inc.
JMS Associates, Inc.
1489 W Palmetto Park Road, Ste
Boca Raton, FL 33486

Mixed Role Productions
P. O. Box 7517
Eugene, OR 97401

Sage
2455 Teller Road
Thousand Oaks, CA 91320


Mailbox Book Company
P. O. Box 9753
Greensboro, NC 27429

Musgrave Pencil Company, Inc.
P. O. Box 290
Shelbyville, TN 37162

Sandylion
400 Cochrane Drive
Markham, ON Canada L3R8E3


Mailbox Book Company
Hoffman, Luhman & Masson, PC
200 Ferry Street, Ste C
Layafette, IN 47902

North Star Teacher Resources
455 Grand Avenue, NE
Grand Rapids, MI 49503

School Zone
P. O. Box 777
Grand Haven, MI 49417


Mailbox Book Company
Abrams Davis & Keller, Inc.
1201 Sussex Turnpike, Ste 102
Randolph, NJ 07849

North Star Teacher Resources
Voss Michaels Lee & Associates
P. O. Box 1829
Holland, MI 49422

School Zone Pub.
Voss Michaels Lee & Associates
P. O. Box 1829
Holland, MI 49422


Marriott Rewards Visa/Chase
P. O. Box 15298
Wilmington, DE 19850-5298

OPP, LLC
c/o Waner Enterprises, Inc.
10150 S Virginia Avenue, Unit J
Chicago Ridge, IL 604151380

Shapes, Etc.
P. O. Box 400
Dansville, NY 14437


Marriotts Rewards Visa-Chase
P. O. Box 15298
Wilmington, DE 19850-5298

Pacific Writing Instruments
13125 Denielson Street, Ste 107
Poway, CA 92064

Smethport Specialty Company
1400 E Inman Parkway
Beloit, WI


Melissa & Doug
P. O. Box 590
Westport, CT 06881

Paycon Paper Corp.
2525 N. Casaloma Drive
Appelton, WI  54913-8865

Stages
P. O. Box 27
Chico, CA 95927


Melissa & Doug
Hoffman, Luhman & Masson, PC
200 Ferry Street, Ste C
Layfayette, IN 47902

Preschool Prep
P. O. Box 1159
Danville, CA 94526

Teacher Created Resources
6421 Industry Way
Westminster, CA 92683-3696


MindWare Wholesale
2100 County Road C West
Roseville, MN 55113

Rock 'n Learn, Inc
P. O. Box 3595
Conroe, TX 77305

The Pencil Grip, Inc.
P. O. Box 67096
Los Angeles, CA 90067

The RIMCO Companies, LLC
5 Revere Drive, Ste 200
Northbrook, IL 60062

Weekly Reader Publishing
3001 Cindel Drive
Delran, NJ 08075

Time Timer LLC
7707 Camargo Road
Cincinnati, OH 45243

Weibe, Carlson & Associates
2450 N Clovis Avenue, Ste A
Fresno, CA 93727

TLC-Teaching and Learning
P. O. Box 10
Carthage, IL 62321

Top Notch Teacher Products, Inc
P. O. Box 979
Ingram, TX 78025

Trend Enterprises, Inc.
CM-9666
P. O. Box 70870
St. Paul, MN 55170-9666

Uberstix
4121 Black Oak Drive, #E
Hailey ID

USAA Savings Bank Visa
P. O. Box 14050
Las Vegas, NV 89114-4050

USAA Savings Bank Visa
P. O. Box 14050
Las Vegas, NV 89114

Washington Mutual
Attn: Card Services
P. O. Box 660487
Dallas, TX 75266-0487

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

| | | |
|---|---|---|
| IN RE: | § | |
| **Teacher's Delight, Inc.** | § | Case No. _____ |
| | § | |
| | § | |
| Debtor(s) | § | Chapter __7_____ |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  __04/16/2010_____   **/s/ Sue Czepiel_____**
Sue Czepiel
Secretary

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  __04/16/2010_____   **/s/ Charles Wm. Dobra, Esq._____**
Charles Wm. Dobra, Esq., Attorney for Debtor